IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO SALINAS, | No. C-16-4419 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES OF DOCUMENTS** |
| v. | |
| STATES RECOVERY SYSTEM, INC., | |
| Defendant. | |

On August 9, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendants are hereby DIRECTED to submit forthwith chambers copies of (1) the Notice of Removal, filed August 5, 2016, and (2) the Motion to Dismiss, filed August 12, 2016.

**IT IS SO ORDERED.**

Dated: August 17, 2016

_____
MAXINE M. CHESNEY
United States District Judge