# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSARIO SALINAS** | Case No. 3:16-cv-04419-MMC |
| Plaintiff, | **ORDER** OF DISMISSAL |
| vs. | |
| **STATES RECOVERY SYSTEM,** | |
| Defendant. | |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties, filed August 26, 2016, this matter is dismissed with prejudice as to the named Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

    Dated this <u>26th</u> day of August, 2016.

*[signature: Maxine M. Chesney]*
The Honorable Maxine M. Chesney